

**Barry Werbin**
**Counsel**
Phone:  212.592.1418
Fax:  212.545.3401
bwerbin@herrick.com

May 14, 2021

ECF FILING

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, N.Y. 10007

    Re:    Tritt v. Barstool Sports, Inc. / No. 1:21-cv-03169 (ER)

Dear Judge Ramos:

    We are attorneys for defendant Barstool Sports, Inc. ("Barstool") in the above-referenced copyright action, which was filed on April 13, 2021 (Docket No. 1).  The undersigned has filed an appearance and Rule 7.1 Disclosure Statement on behalf of Barstool.  We recently learned that Barstool was served with the summons and complaint by service on the Office of the New York Secretary of State on April 28, 2021.

    On behalf of the plaintiff, plaintiff's counsel of record, James Freeman of the Liebowitz Law Firm, PLLC, has consented to an extension of Barstool's time to answer or move with respect to the complaint until June 2, 2021, which is 14 days after Barstool's response would otherwise be due on May 19, 2021.  The parties have also initiated a settlement dialogue.

    Accordingly, we respectfully request that Barstool's time to answer, move or otherwise respond to the complaint be extended to June 2, 2021.  There has been no previous request for such extension.

    Respectfully submitted,

    Barry Werbin

cc: James Freeman, Esq. (via ECF)

**HERRICK, FEINSTEIN LLP**  •  Two Park Avenue  •  New York, NY 10016  •  Phone: 212.592.1400  •  Fax: 212.592.1500

HF 13823163v.1